# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAZMAT TSDF, INC., <br>     Plaintiff, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al., <br>     Defendants. | CV 22-843 DSF (SHKx) <br><br> Order to Show Cause re Remand for Lack of Subject Matter Jurisdiction |

     On May 19, 2022, this action was removed based on 28 U.S.C. §§ 1441(b) and 1331. On August 16, 2022, this Court granted Defendants' motion to dismiss as to all of Plaintiff's federal claims. Dkt. 27. On August 24, 2022, Plaintiff informed the Court that it will not file a third amended complaint. Dkt. 28. As Plaintiff's federal claims were the only basis for subject matter jurisdiction, the Court now has discretion to retain or to remand the supplemental claims. 28 U.S.C. § 1367(c) ("The district courts may decline to exercise supplemental jurisdiction over a claim under subsection (a) if . . . the district court has dismissed all claims over which it has original jurisdiction . . . ."). Given that this litigation is at an early stage, the Court is inclined to remand this matter to state court. See id. Comm. on 1988 Rev.

     Accordingly, the Court orders Defendants to show cause in writing no later than September 6, 2022 why this action should not be

remanded. Plaintiff may submit a response in the same time period. The parties are reminded that courtesy copies are to be delivered to Chambers. Failure of Defendants to respond by the above date will result in the Court remanding this action.

IT IS SO ORDERED.

Date: August 25, 2022

Dale S. Fischer
United States District Judge