JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAZMAT TSDF, INC.,<br>　　　Plaintiff,<br><br>　　　　　　v.<br><br>CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al.,<br>　　　Defendants. | CV 22-843 DSF (SHKx)<br><br>Order Declining Supplemental Jurisdiction and Remanding Case |

　　　On August 16, 2022, the Court granted a motion to dismiss, dismissing, among other things, all federal claims in this case. Plaintiff later filed a notice that it would not amend its complaint further and that all federal claims have thus been eliminated. In response, the Court issued an order to show cause why it should not decline supplemental jurisdiction and remand the case. Defendants have filed a response.

　　　After reviewing Defendants' response, the Court finds it appropriate to decline supplemental jurisdiction. This is now a case involving solely California law brought against a California state agency and some of its officials. Defendants argue that "federal constitutional allegations" continue to "permeate" the case. But what Defendants point to are allegations of due process, takings, and ex post facto violations that will be analyzed under California law, even if the principles might be similar to those under federal law.

　　　And while this Court has spent some effort familiarizing itself with the case to rule on a motion to remand and a motion to dismiss, it is

evident that this case is in the very early stages and little meaningful waste of judicial resources would occur if the case were to be remanded.

The Court declines supplemental jurisdiction over the remaining state claims in this case and REMANDS the case to the Superior Court of California, County of San Bernardino.

IT IS SO ORDERED.

Date: September 7, 2022

Dale S. Fischer
United States District Judge